IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS S. CHABOT, COREY M. DAYTON, and JOEL M. KLING, | : : | |
| Plaintiffs, | : : | 1:18-cv-2118 |
| v. | : : | Hon. John E. Jones III |
| WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, and GEORGE R. FAIRWEATHER, | : : : | |
| Defendants. | : | |

# ORDER

**December 14, 2018**

The Court has received a request for clarification of our November 16, 2018, Order granting, in part, Defendants' Motion for an Extension of Time. Although Plaintiffs are correct that we used the term "answer" rather than "respond," we certainly did not intend to foreclose Defendants' ability to file an appropriate motion to dismiss. We would, of course, caution Defendants against revisiting issues we already decided; however, we accept Defendants' representation that they anticipate raising novel issues.

                                                        s/ John E. Jones III
                                                        John E. Jones III
                                                        United States District Judge