# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS S. CHABOT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>WALGREENS BOOTS ALLIANCE, INC., et al.,<br><br>       Defendants. | Civ. Action No. 1:18-cv-02118-JEJ<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SET A MOTION TO DISMISS BRIEFING SCHEDULE |

1517188_1

Presently pending before the Court is Lead Plaintiffs' Unopposed Motion to Set a Motion to Dismiss Briefing Schedule.  It is HEREBY ORDERED:

1.Lead Plaintiffs shall file any opposition brief to Defendants' Motion to Dismiss (ECF No. 36) within 30 days after Defendants file their brief in support of the Motion; and

2.Defendants shall file any reply brief within 21 days after Lead Plaintiffs file their opposition brief.

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge