IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS S. CHABOT, COREY M. DAYTON, and JOEL M. KLING, | : : | |
| Plaintiffs, | : : | 1:18-cv-2118 |
| v. | : : | Hon. John E. Jones III |
| WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, and GEORGE R. FAIRWEATHER, | : : : | |
| Defendants. | : | |

## ORDER

**January 14, 2019**

The Court has received letters from the parties regarding the upcoming case management conference and required Joint Case Management Plan. It is the policy of this Court to hold case management conferences even while a Rule 12(b)(6) motion to dismiss is pending, and the stay of discovery imposed by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B), does not mandate to the contrary. The Court fully expects the parties to file, as previously ordered, a Joint Case Management Plan no later than five business days prior to the January 30, 2019, conference.[1]

---

[1] Moreover, neither party has the right to refuse to collaborate in formulating a Joint Case Management Plan, which is a basic, minimum requirement expected of all counsel practicing before this Court.

1

2

s/ John E. Jones III
John E. Jones III
United States District Judge