UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS S. CHABOT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREENS BOOTS ALLIANCE, INC., et al.,<br><br>Defendants. | Civ. Action No. 1:18-cv-02118-JEJ-KM<br><br><u>CLASS ACTION</u><br><br>ORDER |

AND NOW, this 24th day of September, 2020, upon consideration of the Joint Motion for Continuance and to Extend Schedule, it is hereby ORDERED that the said motion is GRANTED. The following deadlines shall apply in this case:

| | |
|---|---|
| Commencement of depositions | November 16, 2020 |
| Close of fact discovery | March 12, 2021 |
| Opening expert reports | April 5, 2021 |
| Rebuttal expert reports | May 3, 2021 |
| Reply expert reports | May 24, 2021 |
| Close of discovery | June 7, 2021 |
| Final date to file potentially dispositive motions | July 12, 2021 |
| Opposition briefs to any potentially dispositive motions | August 30, 2021 |
| Reply briefs to any potentially dispositive motions | September 20, 2021 |
| Final Pretrial Conference | _____TBD_____ |
| Jury selection | _____TBD_____ |

IT IS SO ORDERED.

BY THE COURT:

_____
Hon. John E. Jones III
United States District Judge

-