UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS S. CHABOT, et al, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREENS BOOTS ALLIANCE, INC., et al, <br><br> Defendants. | CIVIL ACTION NO. 1:18-CV-2118 <br> CIVIL ACTION NO. 3:20-MC-00669 <br><br> (JONES, C.J.) <br> (MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 25th day of February, 2021, IT IS HEREBY ORDERED that Weil's motion (Doc. 1) is **GRANTED IN PART AND DENIED IN PART.** The Motion is **GRANTED** as to Request No. 6 in the Subpoena – communications with the FTC concerning Michael Moiseyev. The Motion is **GRANTED** insofar as Weil need not produce documents which do not embody or reference or describe written or oral communications between Weil attorneys and Defendants. Weil's Motion is **DENIED** in all other respects. Accordingly, any testimony produced by Weil is limited to the content of written or oral communications between Weil and Defendants.

The Clerk of Court is directed to close case number 3:20-mc-00669.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**