UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS S. CHABOT, et al, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREENS BOOTS ALLIANCE, INC., et al, <br><br> Defendants. | CIVIL ACTION NO. 1:18-CV-2118 <br><br> (JONES, C.J.) <br> (MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 12th day of March, 2021, for the reasons set forth in the memorandum filed concurrently with this Order, For the foregoing reasons, Plaintiffs' request to increase the number of deponents under Rule 30(a)(2)(A) is **DENIED**. The noticing party bears the costs of copying and shipping exhibits for remote deposition, and the time spent locating exhibits will continue to count against the depositions' time limits.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**