# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS S. CHABOT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, and GEORGE R. FAIRWEATHER, <br><br> Defendants. | 1:18-cv-2118-CCC-KM <br><br> Hon. Christopher C. Conner <br><br> **ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Walgreens Boots Alliance, Inc., Stefano Pessina, and George R. Fairweather (collectively, "Defendants"), by and through their undersigned counsel, hereby move this Court pursuant to Federal Rule of Civil Procedure 56 for an order granting summary judgment regarding the claims asserted in the Amended Complaint and entering judgment in their favor and against the Plaintiffs. Defendants set forth the grounds for the motion in their Brief, State of Undisputed Material Facts, the Declaration of Caroline Zalka, Esq. and the exhibits attached thereto. A proposed order is attached. Defendants respectfully request oral argument on this motion.

Dated: January 24, 2022

| | |
|---|---|
| Thomas G. Collins (PA 75896) | s/ Jonathan D. Polkes |
| BUCHANAN INGERSOLL | Jonathan D. Polkes (NY 2015527) |
| & ROONEY PC | Caroline Hickey Zalka (NY 4263448) |
| 409 North Second Street, Suite 500 | WEIL, GOTSHAL & MANGES LLP |
| Harrisburg, PA 17101 | 767 Fifth Avenue |
| (717) 237-4843 | New York, NY 10153 |
| (717) 233-0852 (fax) | (212) 310-8000 |
| thomas.collins@bipc.com | (212) 310-8007 (fax) |
| | Jonathan.Polkes@weil.com |
| | Caroline.Zalka@weil.com |

*Attorneys for Defendants*

## **CERTIFICATE OF NON-CONCURRENCE**

Pursuant to Local Rule 7.1, I certify that Defendants' counsel sought concurrence in this motion from Plaintiffs and that Plaintiffs denied such concurrence.

Dated: January 24, 2022.

s/ Jonathan D. Polkes
Jonathan D. Polkes

## **CERTIFICATE OF SERVICE**

Defendants' counsel hereby certifies that, on January 24, 2022, the foregoing was served on the parties in this action using the Court's CM/ECF filing system, which will automatically send e-mail notification of such filing to all counsel of record.

s/ Jonathan D. Polkes
Jonathan D. Polkes
