**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DOUGLAS S. CHABOT, COREY M. DAYTON, and JOEL M. KLING, Individually and on Behalf of All Others Similarly Situated,** | : | **CIVIL ACTION NO. 1:18-CV-2118** |
| **Plaintiffs** | : | **(Judge Conner)** |
| **v.** | : | |
| **WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, and GEORGE R. FAIRWEATHER,** | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 31st day of March, 2023, upon consideration of plaintiffs' motion (Doc. 222) for partial summary judgment, defendants' motion (Doc. 227) for summary judgment, and defendants' motion (Doc. 266) to strike, and the parties' respective briefs in support of and in opposition to said motions, and for the reasons set forth in the accompanying sealed memorandum of today's date, it is hereby ORDERED that:

1. The motions (Docs. 222, 227) for summary judgment are DENIED.

2. The motion (Doc. 266) to strike is DENIED.

3. Consistent with footnote 1 of the accompanying sealed memorandum, counsel shall forthwith meet and confer to review the memorandum and, no later than **Friday, April 7, 2023**, report to the court what, if any, material they believe should be redacted and explain—with citations to applicable authority—the basis for the requested redaction.

4. A United States Magistrate Judge of this court is available and willing to serve as a settlement officer in this case. The parties shall promptly meet and confer to discuss participating in a settlement conference with a United States Magistrate Judge. No later than **April 28, 2023**, the parties shall certify to the court by way of letter filed to the docket that they have met and conferred as directed and shall indicate whether a referral to a United States Magistrate Judge for a settlement conference is requested.

5. If the parties do not request a settlement conference before a United States Magistrate Judge by the deadlines in paragraph 3, the court will schedule a pretrial telephonic scheduling conference to establish a pretrial and trial schedule.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania