UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS S. CHABOT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREENS BOOTS ALLIANCE, INC., et al.,<br><br>Defendants. | Civ. Action No. 1:18-cv-02118-JPW<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

4871-7992-3590

Lead Plaintiffs Douglas S. Chabot and Corey M. Dayton, by and through their undersigned attorneys, upon the accompanying Memorandum of Law, the Stipulation of Settlement and Exhibits, and Declaration of David A. Knotts, hereby move the Court for an order: (1) granting preliminary approval of the proposed settlement; (2) approving the form and manner of giving notice of the proposed settlement to the Class; and (3) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.

DATED: October 18, 2023        Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID A. KNOTTS
TEO A. DOREMUS

_/s/ David A. Knotts_____
DAVID A. KNOTTS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

*Lead Counsel for Plaintiffs*

- 1 -

        SAXTON & STUMP LLC
        LAWRENCE F. STENGEL
        CARSON B. MORRIS
        280 Granite Run Drive, Suite 300
        Lancaster, PA 17601
        Telephone:  717/556-1000
        lfs@saxtonstump.com
        cbm@saxtonstump.com

        *Local Counsel*

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 18, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                            s/ David A. Knotts
                                            DAVID A. KNOTTS

                                            ROBBINS GELLER RUDMAN
                                                & DOWD LLP
                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101-8498
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)

                                            Email:  dknotts@rgrdlaw.com

# Mailing Information for a Case 1:18-cv-02118-JPW Chabot et al v. Walgreens Boots Alliance, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A. Rick Atwood , Jr**
  ricka@rgrdlaw.com,e_file_sd@rgrdlaw.com,tdoremus@rgrdlaw.com

- **Randall J Baron**
  randyb@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas G. Collins**
  thomas.collins@bipc.com,christy.sunchych@bipc.com,theresa.gillis@bipc.com,krista.kiger@bipc.com,eservice@bipc.com

- **Stuart A Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Teo Doremus**
  tdoremus@rgrdlaw.com

- **David A Knotts**
  dknotts@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com,tdoremus@rgrdlaw.com,dknotts@ecf.courtdrive.com

- **Sara E. Myirski**
  sara.myirski@bipc.com,christy.sunchych@bipc.com,theresa.gillis@bipc.com,krista.kiger@bipc.com,eservice@bipc.com

- **Mark Andrew Perry**
  mark.perry@weil.com

- **Jonathan D Polkes**
  jonathan.polkes@weil.com,mco.ecf@weil.com,jonathan-polkes-2906@ecf.pacerpro.com,walgreens.associate@weil.com,nymao@ecf.pacerpro.com

- **Lawrence F. Stengel**
  lfs@saxtonstump.com,cag@saxtonstump.com,cbm@saxtonstump.com

- **Caroline Zalka**
  caroline.zalka@weil.com,mco.ecf@weil.com,caroline-zalka-7810@ecf.pacerpro.com,adam.banks@weil.com,nymao@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mason Capital Master Fund, L.P.
,
Recovery Master, LLC
,
```