UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS S. CHABOT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WALGREENS BOOTS ALLIANCE, INC., et al.,<br><br>        Defendants. | ) Civ. Action No. 1:18-cv-02118-JPW<br>)<br>)<br>) CLASS ACTION<br>)<br>) LEAD PLAINTIFFS' MOTION FOR<br>) FINAL APPROVAL OF SETTLEMENT<br>) AND APPROVAL OF PLAN OF<br>) ALLOCATION<br>)<br>)<br>)<br>) |

4885-8145-6794.v1

Lead Plaintiffs Douglas S. Chabot and Corey M. Dayton, by and through counsel, respectfully move the Court for an order (i) approving the terms and conditions of the Stipulation of Settlement dated October 18, 2023, ECF 307-1, as fair, reasonable, and adequate for settlement; and (ii) approving the proposed Plan of Allocation.

In support of this motion, Lead Plaintiffs submit herewith the Memorandum of Law in Support of Motion for Final Approval of Settlement and Approval of Plan of Allocation, the Declaration of David A. Knotts in Support of Settlement Motions, the Declaration of Ross D. Murray, and the Declarations of Lead Plaintiffs.

Proposed orders will be submitted with Lead Plaintiffs' reply submission on or before January 31, 2024, after the objection deadline for Class Members to object to the Settlement or Plan of Allocation has passed.

DATED: January 3, 2024          Respectfully submitted,

                                ROBBINS GELLER RUDMAN
                                 & DOWD LLP
                                RANDALL J. BARON
                                A. RICK ATWOOD, JR.
                                DAVID A. KNOTTS
                                TEO A. DOREMUS


                                _____
                                      DAVID A. KNOTTS

- 1 -

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

*Lead Counsel for Plaintiffs*

SAXTON & STUMP LLC
LAWRENCE F. STENGEL
CARSON B. MORRIS
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
Telephone:  717/556-1000
lfs@saxtonstump.com
cbm@saxtonstump.com

*Local Counsel*

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 3, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Knotts
DAVID A. KNOTTS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  dknotts@rgrdlaw.com

# Mailing Information for a Case 1:18-cv-02118-JPW Chabot et al v. Walgreens Boots Alliance, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A. Rick Atwood , Jr**
  ricka@rgrdlaw.com,e_file_sd@rgrdlaw.com,tdoremus@rgrdlaw.com

- **Randall J Baron**
  randyb@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas G. Collins**
  thomas.collins@bipc.com,christy.sunchych@bipc.com,theresa.gillis@bipc.com,krista.kiger@bipc.com,eservice@bipc.com

- **Stuart A Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Teo Doremus**
  tdoremus@rgrdlaw.com

- **David A Knotts**
  dknotts@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com,tdoremus@rgrdlaw.com,dknotts@ecf.courtdrive.com

- **Sara E. Myirski**
  sara.myirski@bipc.com,christy.sunchych@bipc.com,theresa.gillis@bipc.com,krista.kiger@bipc.com,eservice@bipc.com

- **Mark Andrew Perry**
  mark.perry@weil.com

- **Jonathan D Polkes**
  jonathan.polkes@weil.com,mco.ecf@weil.com,jonathan-polkes-2906@ecf.pacerpro.com,walgreens.associate@weil.com,nymao@ecf.pacerpro.com

- **Lawrence F. Stengel**
  lfs@saxtonstump.com,cag@saxtonstump.com,cbm@saxtonstump.com

- **Caroline Zalka**
  caroline.zalka@weil.com,mco.ecf@weil.com,caroline-zalka-7810@ecf.pacerpro.com,adam.banks@weil.com,nymao@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mason Capital Master Fund, L.P.
,

Recovery Master, LLC
,
```